**SEALED**

**FILED**

FEB 23 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE APPLICATION      CASE NO. 2:17-SW-0155 AC
   OF THE UNITED STATES OF AMERICA
12
   A BLACK HUAWEI CELLULAR PHONE         [~~PROPOSED~~] ORDER RE: REQUEST TO SEAL
13 AND A NOKIA WINDOWS-BASED PHONE       DOCUMENTS

14                                        **UNDER SEAL**

15

16                        **SEALING ORDER**

17     Upon application of the United States of America and good cause having been shown,

18     IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

19 search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to

20 any person, unless otherwise ordered by this Court.

21

22 Dated:  2/22/17                         _____
                                           Hon. Allison Claire
23                                         U.S. MAGISTRATE JUDGE

24

25

26

27

28