PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>JAMES SMALLWOOD and<br>JOHN SMALLWOOD | 2:17-CR-0041 TLN AC<br>2:17-SW-0156 AC<br>2:17-SW-0155 AC<br>2:17-SW-0141 AC<br>2:17-SW-0140 AC<br>2:17-SW-0139 AC<br>2:17-SW-0138 AC<br>2:17-SW-0137 AC<br>2:17-SW-0117 AC<br>2:17-SW-0010 KJN<br><br>[PROPOSED] ORDER TO UNSEAL COMPLAINTS, SUPPORTING AFFIDAVITS, AND WARRANTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 9/19/17

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

FILED
SEP 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK